| PROB 22 (Rev. 1/24) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | X FILED ___ RECEIVED<br>___ ENTERED ___ SERVED ON<br>5/7/2025<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY: MAM DEPUTY | 21CR00947-001-WQH |
| | | DOCKET NUMBER (Rec. Court) |
| | | 2:25-cr-00126-GMN-NJK |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Nicholas Andrew Palmer<br>District of Nevada | Southern California | San Diego |
| | NAME OF SENTENCING JUDGE | |
| | William Q. Hayes<br>Senior U.S. District Judge | |
| | DATES OF supervised release | FROM 02/14/2025 | TO 02/13/2028 |

**OFFENSE**

21 U.S.C. § 952 and 960, Importation of Methamphetamine, a Class A felony.

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Palmer has no significant ties to the Southern District of California and expects to remain in the District of Nevada for the remainder of supervised release. The probation office in the District of Nevada has requested a transfer of jurisdiction to allow any future concerns be addressed efficiently by the district wherein the offender is supervised.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Date: 4/28/2025

William Q. Hayes
Senior U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date: May 08, 2025

United States District Judge

fyf

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Nicholas Andrew Palmer

Case No.: TO BE ASSIGNED

**<u>SUPERVISION REPORT</u>**
**<u>REQUESTING ACCEPTANCE OF JURISDICTION</u>**

May 6, 2025

TO:    U.S. District Judge:

On October 17, 2022, Nicholas Andrew Palmer was sentenced by the Honorable Senior United States District Judge, William Q. Hayes, in the Southern District of California to 63 months custody followed by three (3) year of supervised release for committing the offense of Importation of Methamphetamine in Docket Number: 3:21-CR-00947-WQH.

On December 20, 2023, the Honorable William Q. Hayes modified Palmer's conditions to include outpatient substance abuse treatment and no alcohol use.

On February 14, 2025, Palmer commenced supervision in the District of Nevada.

On April 1, 2025, the undersigned officer submitted a request for transfer of jurisdiction for Palmer to the Southern District of California.

On April 17, 2015, and April 28, 2025, Palmer submitted positive drug tests for methamphetamine and admitted to new use. His drug testing duration was increased, and his outpatient substance abuse treatment has also been increased to both weekly individual and group counseling.

On April 28, 2025, the Honorable William Q. Hayes initiated the transfer of jurisdiction.

The Judicial Conference recommends transfer of jurisdiction for persons under supervision in violation of the conditions of supervision to reduce the burden and expedite the response. Consistent with this recommendation, the Probation Office is recommending our Court accept jurisdiction of Palmer's case. The Honorable William Q. Hayes. has agreed to relinquish jurisdiction as evident by his signature on the attached Transfer of Jurisdiction form. If Your Honor agrees, please countersign the form accepting Jurisdiction.

ADDENDUM TO PETITION (Probation Form 12)
RE: Nicholas Andrew Palmer

Respectfully submitted,

Digitally signed by Nickie Pipilakis
Date: 2025.05.07 14:03:21 -07'00'

Nickie Pipilakis
United States Probation Officer

Approved:

Digitally signed by Donnette Johnson
Date: 2025.05.07 12:10:14 -07'00'

Donnette Johnson
Supervisory United States Probation Officer