# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

NICHOLAS ANDREW PALMER,

      Defendant.

Case No. 2:25-CR-00126-GMN-NJK

**ORDER**

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for January 21, 2026 at 10:00 a.m., be vacated and continued to  February 4, 2026  at the hour of 9:00 a.m.

    DATED this  20  day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE